UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1680

SYAIFUL BAKHRI,

             Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

             Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  September 18, 2009        Decided:  October 8, 2009

Before WILKINSON, GREGORY, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Ephraim Tahir Mella, Philadelphia, Pennsylvania, for Petitioner. Michael F. Hertz, Acting Assistant Attorney General, Carol Federighi, Senior Litigation Counsel, Andrew B. Insenga, OFFICE OF IMMIGRATION LITIGATION, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Syaiful Bakhri, a native and citizen of Indonesia, petitions for review of an order of the Board of Immigration Appeals (Board) dismissing his appeal from the Immigration Judge's denial of his applications for relief from removal.

Bakhri challenges the determination that he filed a frivolous application for asylum. We have reviewed the administrative record and find that substantial evidence supports the determination below that Bakhri filed a frivolous asylum application. See 8 U.S.C. § 1158(d)(6) (2006); 8 C.F.R. § 1208.20 (2009); Matter of Y-L-, 24 I. & N. Dec. 151 (B.I.A. 2007). We further uphold the agency's negative credibility finding for the reasons stated by the Board. See In re: Bakhri, (B.I.A. May 20, 2008).

Accordingly, we deny the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED

2